■    In the Matter of the Arbitration between MILTON PORTNOY, Respondent, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Order and judgment (one paper), Supreme Court, New York County, entered on October 12, 1971, directing the parties to proceed to arbitration, unanimously reversed, on the law, and a new hearing directed, with $40 costs and disbursements of this appeal to appellant to abide the event.    The burden was on the claimant to show that the automobile involved in the accident was an uninsured vehicle.    The only evidence to establish this was a letter from the purported insurer denying coverage.    The admission of the letter into evidence was plainly error, and without it the right to arbitrate was not established. Concur — Kupferman, J. P., Murphy, Steuer and Tilzer, JJ.

■    In the Matter of the PEOPLE OF THE STATE OF NEW YORK by LOUIS J. LEFKOWITZ, Attorney-General of the State of New York, Respondent, v. URBAN RELOCATION CO., INC., etc., Appellant.— Judgment, Supreme Court, New York County, entered on March 30, 1972, restraining appellant from displaying its corporate name without the phrase "not a governmental agency", unanimously reversed, on the law and the facts, the injunction vacated and the proceeding dismissed, on the ground that the record fails to show sufficient proof necessary to establish repeated fraudulent or illegal acts in the conduct of appellant's business.    Appellant shall recover of petitioner-respondent $60 costs and disbursements of this appeal.    Concur — Stevens, P. J., McGivern, Nunez, Murphy and McNally, JJ.